IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JUSTIN DUNLAP,　§<br>　§<br>　Plaintiff,　§<br>　§<br>v.　§<br>　§<br>MTU MAINTENANCE DALLAS,　§<br>INC.,　§<br>　§<br>　Defendant.　§ | Civil Action No. 4:21-cv-00166-P |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing this case (ECF No. 9):

It is **ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **21st day** of **May, 2021**.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE